Naomi Gould #250567
Ilsa Branch #197834
LAW FOUNDATION OF SILICON VALLEY:
MENTAL HEALTH ADVOCACY PROJECT
111 W. St. John Street, Suite 315
San Jose, CA 95113
Tel: (408) 280-2460
Fax: (408) 350-1158

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| CEDRIC J. BRONNER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C09-02070 JW<br><br>[~~PROPOSED~~] ORDER ON STIPULATION EXTENDING TIME FOR FILING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Having read and considered the Stipulation and Request for Order Extending Time for Filing of Plaintiff's Motion for Summary Judgment submitted by Plaintiff CEDRIC J. BRONNER and Defendant MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, on October 7, 2009, and GOOD CAUSE APPEARING, it is ordered that Plaintiff's Motion for Summary Judgment shall be filed on or before December 14, 2009.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 |     IT IS SO ORDERED.    Briefing shall occur as stipulated by the parties. |
| 4 | |
| 5 | Dated: October 13, 2009 |
| 6 | |
| 7 | _____ |
| 8 | Hon. James Ware<br>United States District Judge |