| | |
|---|---|
| 1 | Naomi Gould #250567 |
| 2 | Ilsa Branch #197834 |
|   | LAW FOUNDATION OF SILICON VALLEY: |
| 3 | MENTAL HEALTH ADVOCACY PROJECT |
|   | 111 W. St. John Street, Suite 315 |
| 4 | San Jose, CA 95113 |
|   | Tel:    (408) 280-2460 |
| 5 | Fax:   (408) 350-1158 |
| 6 | |
|   | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

CEDRIC J. BRONNER,  )   Case No. C09-02070 JW
         )
         Plaintiff,  )
         )   [PROPOSED] ORDER ON
vs.  )   STIPULATION EXTENDING TIME
         )   FOR FILING OF PLAINTIFF'S
MICHAEL J. ASTRUE  )   MOTION FOR SUMMARY
COMMISSIONER OF SOCIAL SECURITY,  )   JUDGMENT
         )
         Defendant.  )

Having read and considered the Stipulation and Request for Order Extending Time for Filing of Plaintiff's Motion for Summary Judgment submitted by Plaintiff CEDRIC J. BRONNER and Defendant MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, on October 7, 2009, and GOOD CAUSE APPEARING, it is ordered that Plaintiff's Motion for Summary Judgment shall be filed on or before December 14, 2009.

[PROPOSED] ORDER ON STIPULATION EXTENDING TIME FOR FILING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT   CASE NO. C09-02070 JW

1
2
3   IT IS SO ORDERED.   Briefing shall occur as stipulated by the parties.
4
5   Dated: October 13, 2009
6
7   _____
8   Hon. James Ware
    United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27