JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8924
Fax: (415) 744-0134
E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CEDRIC J. BRONNER, | ) |
| Plaintiff, | ) CIVIL NO. 09-cv-02070-JW |
| v. | ) ORDER GRANTING |
| | ) EXTENSION OF TIME |
| MICHAEL J. ASTRUE, | ) TO FILE DEFENDANT'S |
| Commissioner of Social Security, | ) CROSS-MOTION FOR |
| | ) SUMMARY JUDGMENT |
| Defendant. | ) |

Upon stipulation of the parties, IT IS HEREBY ORDERED that defendant shall have an additional 30 days, to and including February 12, 2010, within which to file an opposition or cross-motion for summary judgment.

DATED January 14, 2010            _____

HONORABLE JAMES WARE
UNITED STATES DISTRICT      JUDGE