1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration

4  ARMAND D. ROTH
   Special Assistant United States Attorney
5  California Bar No. 214624
           333 Market Street, Suite 1500
6          San Francisco, CA 94105
           Telephone: (415) 977-8924
7          Fax: (415) 744-0134
           E-Mail: Armand.Roth@ssa.gov
8
   Attorneys for Defendant
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                 SAN JOSE DIVISION

13
   CEDRIC J. BRONNER,                )
14                                   )
          Plaintiff,                 )   CIVIL NO.  09-cv-02070-JW
15                                   )
             v.                      )   ORDER GRANTING
16                                   )   EXTENSION OF TIME
   MICHAEL J. ASTRUE,                )   TO FILE DEFENDANT'S
17 Commissioner of Social Security,  )   CROSS-MOTION FOR
                                     )   SUMMARY JUDGMENT
18        Defendant.                 )
   _____)
19

20
          Upon stipulation of the parties, IT IS HEREBY ORDERED that defendant shall have an additional
21
   30 days, to and including February 12, 2010, within which to file an opposition or cross-motion for
22
   summary judgment.
23

24
   DATED  January 14, 2010                     _____
25
                                               HONORABLE JAMES WARE
26                                             UNITED STATES DISTRICT      JUDGE

27

28