JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8924
Fax: (415) 744-0134
E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CEDRIC J. BRONNER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 09-cv-02070-JW<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br>TO FILE DEFENDANT'S<br>CROSS-MOTION FOR<br>SUMMARY JUDGMENT |

Upon stipulation of the parties, IT IS HEREBY ORDERED that defendant shall have an additional 30 days, to and including March 15, 2010, within which to file an opposition or cross-motion for summary judgment.

DATED February 17, 2010

                                     HONORABLE JAMES WARE
                                     UNITED STATES DISTRICT      JUDGE