1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration

4  ARMAND D. ROTH
   Special Assistant United States Attorney
5  California Bar No. 214624
       333 Market Street, Suite 1500
6      San Francisco, CA 94105
       Telephone: (415) 977-8924
7      Fax: (415) 744-0134
       E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CEDRIC J. BRONNER, | ) |
|     Plaintiff, | ) CIVIL NO. 09-cv-02070-JW |
|     v. | ) ORDER GRANTING |
| | ) EXTENSION OF TIME |
| MICHAEL J. ASTRUE, | ) TO FILE DEFENDANT'S |
| Commissioner of Social Security, | ) CROSS-MOTION FOR |
| | ) SUMMARY JUDGMENT |
|     Defendant. | ) |

    Upon stipulation of the parties, IT IS HEREBY ORDERED that defendant shall have an additional 30 days, to and including March 15, 2010, within which to file an opposition or cross-motion for summary judgment.

DATED  February 17, 2010                                  /s/ James Ware

                            HONORABLE JAMES WARE
                            UNITED STATES DISTRICT           JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28