UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*IT IS SO ORDERED AS MODIFIED* — Judge James Ware — 3/19/2010

| | |
|---|---|
| CEDRIC J. BRONNER, | ) |
| Plaintiff, | ) CIVIL NO. 09-cv-02070-JW |
| v. | ) ORDER GRANTING |
| | ) EXTENSION OF TIME |
| MICHAEL J. ASTRUE, | ) TO FILE DEFENDANT'S |
| Commissioner of Social Security, | ) CROSS-MOTION FOR |
| | ) SUMMARY JUDGMENT |
| Defendant. | ) |

Upon stipulation of the parties, IT IS HEREBY ORDERED that defendant shall have an additional 30 days, to and including to April 14, 2010, within which to file an opposition or cross-motion for summary judgment.

DATED March 19, 2010

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE