**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware
3/19/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CEDRIC J. BRONNER, | ) |
|     Plaintiff, | ) CIVIL NO. 09-cv-02070-JW |
|     v. | ) ORDER GRANTING |
| MICHAEL J. ASTRUE, | ) EXTENSION OF TIME |
| Commissioner of Social Security, | ) TO FILE DEFENDANT'S |
|     Defendant. | ) CROSS-MOTION FOR |
| | ) SUMMARY JUDGMENT |

    Upon stipulation of the parties, IT IS HEREBY ORDERED that defendant shall have an additional 30 days, to and including to April 14, 2010, within which to file an opposition or cross-motion for summary judgment.

DATED March 19, 2010

*James Ware*

HONORABLE JAMES WARE

UNITED STATES DISTRICT JUDGE