| | |
|---|---|
| 1 | Naomi Gould #250567 |
| 2 | Ilsa Branch #197834 |
|   | LAW FOUNDATION OF SILICON VALLEY: |
| 3 | MENTAL HEALTH ADVOCACY PROJECT |
|   | 152 North Third Street, 3rd Floor |
| 4 | San Jose, CA 95112 |
|   | Tel:   (408) 280-2460 |
| 5 | Fax:   (408) 350-1158 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | | |
|---|---|---|
| CEDRIC J. BRONNER, | ) | Case No. C09-02070 JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER ON |
| vs. | ) | STIPULATION EXTENDING TIME |
| | ) | FOR FILING OF DEFENDANT'S |
| MICHAEL J. ASTRUE | ) | CROSS MOTION FOR SUMMARY |
| COMMISSIONER OF SOCIAL SECURITY, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |

Having read and considered the Stipulation and Request for Order Extending Time for Filing of Defendant's Cross Motion for Summary Judgment submitted by Plaintiff CEDRIC J. BRONNER and Defendant MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, on April 13, 2010, and GOOD CAUSE APPEARING, it is ordered that Defendant's Cross Motion for Summary Judgment shall be filed on or before May 14, 2010.

1
2
3       IT IS SO ORDERED.
4
5  Dated:   April 16, 2010
6
7                               _____
8                               Hon. James Ware
                                United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER ON STIPULATION EXTENDING TIME FOR FILING OF DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT   CASE NO. C09-02070 JW