JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CEDRIC J. BRONNER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 09-cv-02070-JW <br><br> STIPULATION AND ORDER OF REMAND |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), and judgment entered for Plaintiff.

    Upon remand, the Appeals Council will instruct the Administrative Law Judge to do the following:

    (1)   provide a specific evaluation of the severity and effects of the plaintiff's impairments, including substance abuse, in accord with 20 C.F.R. §§ 404.1520a, 416.920a, or include

1 sufficient rationale with references to evidence of record to support a conclusion of disability.

2 (2) update the record, and if warranted, obtain supplemental evidence from a consultative

3 examiner or a testifying medical expert.

4 (3) further evaluate and clearly define the plaintiff's residual functional capacity, and if

5 warranted, obtain supplemental evidence from a vocational expert.

6 (4) If the plaintiff is found to be disabled considering the effects of substance abuse, conduct the

7 further proceedings required to determine whether substance abuse is a contributing factor

8 material to the determination of disability.

Respectfully submitted,

/s/ Ilsa Branch *
ILSA BRANCH
Plaintiff's Attorney
* by Armand Roth by email authorization of 5/4/2010

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 10, 2010     By:     /s/ Armand Roth
ARMAND D. ROTH
Special Assistant United States Attorney

OF COUNSEL:

LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff and against Defendant.

All pending motions are denied as MOOT.

DATED  May 12, 2010

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE